**BRAGAR EAGEL & SQUIRE, P.C.**
ATTORNEYS AT LAW
885 THIRD AVENUE, SUITE 3040
NEW YORK, NEW YORK 10022
(212) 308-5858
FACSIMILE: (212) 486-0462



LAWRENCE P. EAGEL

WRITER'S DIRECT FAX: (212) 504-3260
E-MAIL: eagel@bespc.com

August 20, 2013

**By Email**

Honorable Paul A. Crotty, U.S.D.C.
Federal District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Breitman v. Affiliated Computer Services, Inc., et al.;*
             *Case No. 12-cv-6583 (PAC)*

Dear Judge Crotty:

We write in accordance with Your Honor's individual rules to advise the Court that defendants' motion dismiss the Amended Complaint in this action [Dkt. No. 21] was fully submitted more than 120 days prior to today and the motion remains pending.  Thank you.

Respectfully submitted,

Lawrence P. Eagel

cc: Edward K. Lenci, Esq. (by email)