UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CINDY L. BREITMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>XEROX EDUCATION SERVICES, LLC, s/h/i as AFFILIATED COMPUTER SERVICES, INC., NEXTSTUDENT, INC., and U.S.BANK, N.A.,<br><br>Defendants. | Case No. 12 cv 6583 (PAC) (FM)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Concepcion A. Montoya, Esq. of HINSHAW & CULBERTSON LLP, 800 Third Avenue, 13th Floor, New York, New York 10022, has been retained as co-counsel for Defendants Xerox Education Services, LLC, s/h/i as Affiliated Computer Services, Inc., and U.S. Bank, N.A.  Accordingly, orders, notices and other documents should henceforth be served on Hinshaw & Culbertson, LLP.

Dated:  New York, New York
        October 23, 2013

                HINSHAW & CULBERTSON LLP

                By: *s/Concepcion A. Montoya*
                    Concepcion A. Montoya (CM-7147)

                800 Third Avenue, 13th Floor
                New York, New York 10022
                T:  (212) 471-6200

                *Attorneys for Defendants, Xerox Education Services, LLC s/h/i as Affiliated Computer Services, Inc. and U.S. Bank, N.A.*

TO:   Lawrence P. Eagel, Esq.
      Justin A. Kuehn, Esq.
      BRAGAR EAGEL & SQUIRE, P.C.
      *Attorneys for Plaintiff*
      885 Third Avenue, Suite 3040
      New York, New York 10022
      T:  (212) 308-5858
      F:  (212) 486-0463