UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CINDY L. BREITMAN, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>    v.<br><br>XEROX EDUCATION SERVICES, LLC., s/h/i as AFFILIATED COMPUTER SERVICES, INC. NEXTSTUDENT, INC., and U.S. BANK, N.A.,<br><br>      Defendants. | Case No. 12 cv 6583 (PAC) (FM) |

# PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

Lawrence P. Eagel (LE4505)
Justin A. Kuehn (JK5853)
BRAGAR EAGEL & SQUIRE, P.C.
885 Third Avenue, Suite 3040
New York, New York 10022
Tel: (212) 308-5858
Fax: (212) 486-0462
eagel@bespc.com
kuehn@bespc.com

*Attorneys for Plaintiff and the Classes*

PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION, DATED MAY 30, 2014
FILED UNDER SEAL