**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CINDY L. BREITMAN, on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>XEROX EDUCATION SERVICES, LLC, s/h/i as AFFILIATED COMPUTER SERVICES, INC. NEXTSTUDENT, INC., and U.S. BANK, N.A.,<br><br>                    Defendants. | Case No. 12 cv 6583 (PAC) (FM)<br><br>**DECLARATION OF JUSTIN KUEHN**<br>**IN SUPPORT OF MOTION**<br>**FOR CLASS CERTIFICATION** |

THE DECLARATION OF JUSTIN KUEHN IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION, DATED MAY 30, 2014
FILED UNDER SEAL