UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CINDY L. BREITMAN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br>        -against-<br><br>XEROX EDUCATION SERVICES, LLC, NEXTSTUDENT, INC., AND U.S.BANK, N.A.,<br><br>    Defendants. | Case No. 12 cv 6583 (PAC) (FM) |

# DEFENDANTS XEROX EDUCATION SERVICES, LLC AND U.S. BANK, N.A.'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR RECONSIDERATION AND REARGUMENT

# (FILED UNDER SEAL)

HINSHAW & CULBERTSON LLP
*Attorneys for Xerox Education Services, LLC
and U.S. Bank, N.A*

800 Third Avenue, 13th Floor
New York, NY 10022
Tel: (212) 471-6200
Fax:(212) 935-1166 (not for service)