**BRAGAR EAGEL & SQUIRE, P.C.**

ATTORNEYS AT LAW

885 THIRD AVENUE, SUITE 3040

NEW YORK, NEW YORK 10022

(212) 308-5858

FACSIMILE: (212) 486-0462

June 12, 2015

LAWRENCE P. EAGEL

WRITER'S DIRECT FAX: (212) 504-3260

E-MAIL: eagel@bespc.com

**BY ECF**

Honorable Paul A. Crotty, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  *Breitman v. Xerox Education Services, LLC; Case No. 12-cv-6583 (PAC)*

Dear Judge Crotty:

We represent plaintiff Cindy Breitman in the above-captioned matter.  I write in accordance with the Court's June 3rd direction to the parties to file a status report on or before June 12, 2015.

The parties are pursuing settlement discussions with respect to Dr. Breitman's individual claim, and expect to conclude those discussions by the end of next week.  If the case is not resolved, the parties will advise the Court, by letter, on or before June 24th regarding any remaining issues.

Respectfully submitted,

Lawrence P. Eagel

Enclosure

cc: Edward Lenci, Esq. (by email)