**BRAGAR EAGEL & SQUIRE, P.C.**
ATTORNEYS AT LAW
885 THIRD AVENUE, SUITE 3040
NEW YORK, NEW YORK 10022
(212) 308-5858
FACSIMILE: (212) 486-0462

LAWRENCE P. EAGEL

June 24, 2015

WRITER'S DIRECT FAX: (212) 504-3260
E-MAIL: eagel@bespc.com

**BY ECF**

Honorable Paul A. Crotty, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

      *Re:*    <u>Breitman v. Xerox Education Services, LLC; Case No. 12-cv-6583 (PAC)</u>

Dear Judge Crotty:

      We represent plaintiff Cindy Breitman in the above-captioned matter. I write to follow up on my June 12th letter to the Court.

      The parties have reached a settlement on an individual basis in principle. Once the settlement is finalized, a stipulation of dismissal will be filed. Should the status of settlement change, the parties will promptly notify the Court.

Respectfully submitted,

*Lawrence P. Eagel*
Lawrence P. Eagel

cc: Edward Lenci, Esq. (by email)